IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES GADDY,

    Petitioner,

vs.                                    CIVIL ACTION NO.: CV214-150

SUZANNE HASTINGS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner James Gaddy ("Gaddy") filed Objections. In his Objections, Gaddy states that the Magistrate Judge erred by stating that Gaddy appealed his sentences because only his convictions were appealed. Gaddy also states that he is not challenging his convictions, only his sentences or detention.

Despite whatever label Gaddy wishes to place on his pleading, the fact remains that he has challenged his convictions and/or sentences on previous occasions, and he was unsuccessful with those attempts. Gaddy still must show that 28 U.S.C. § 2255's remedy is inadequate or ineffective to challenge his sentences. Gaddy must satisfy the savings clause of 28 U.S.C. § 2255(e) to do so. As the Magistrate Judge concluded, Gaddy has failed to satisfy the savings clause, and this Court cannot entertain the merits of his claims.

AO 72A
(Rev. 8/82)

Gaddy's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Gaddy's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 12 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)